# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

FILED
DEC 21 2017
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BILZAN TOMAS-TOMAS | ) | Case No. 17-MJ-2591 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 31, 2016__ in the county of __Boone__ in the __Eastern__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 911 | False Claim to United States Citizenship |

This criminal complaint is based on these facts:
See Attachment A.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas J Midgett
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/21/17

_____
Judge's signature

Candace J Smith
Magistrate Judge
Printed name and title

City and state: Covington, KY