I, Thomas J. Midgett, being first duly worn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Deportation Officer with Enforcement and Removal Operations (ERO), Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). I have been a Deportation Officer (DO) since September 2016, and an Immigration Enforcement Agent prior to that since February 2007. I am currently assigned to the Louisville, Kentucky, office located at 654 S 7th St, Louisville, Kentucky 40203.

2. I am a "federal law enforcement" officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent responsible for enforcing federal criminal statutes and duly authorized to request and serve arrest and search warrants under the authority of the United States. I work extensively with other law enforcement agencies, including the Social Security Administration and Homeland Security Investigations (HSI) officers. Under Section 287(a)(1)(2) of the Immigration and Nationality Act (INA), I am designated as an "immigration officer" and am authorized to interrogate any alien or person believed to be an alien as to his right to be or remain in the United States; and to arrest any alien in my presence who is believed to be in the United States in violation of law.

3. The information in this affidavit comes from my personal observations, my training and experience, and information obtained from other police officers and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATUTORY AUTHORITY

4. There are alleged violations of 18 U.S.C. § 911, false claim to U.S. citizenship. Section 911 makes it a federal offense for an individual to falsely and willfully represent himself to be a citizen of the United States.

## WIN.IT AMERICA INC.

5. WIN.IT America is an integrated supply chain solution provider for cross-border eCommerce. The company is categorized as a logistics operation utilizing cargo and freight. They have facilities in City of Industry, CA and Walton, KY.

## PROBABLE CAUSE

6. On October 31, 2016, at the WIN.IT America location at Walton, KY, Bilzan TOMAS-TOMAS, a citizen of Guatemala who is unlawfully present in the United States, filled out an Employment Eligibility Verification form with WIN.IT America for employment. Bilzan TOMAS-TOMAS identified himself as "Richard Rosario" and stated that he resided at 1519 Greenup St, Covington, KY, 41011. TOMAS-TOMAS stated he was born on August 10, 1982 and gave a social security number as XXX-XX-8587. TOMAS-TOMAS checked the box that he was a citizen of the United States. TOMAS-TOMAS signed the signature box and dated the application on October 31, 2016.

7. On October 31, 2016, Ann Wilson, an agent with WIN.IT America, filled out the employment review and verification part of the Employment Authorization Verification form (I-9). Ms. Wilson listed an Ohio Identification Card with number SCH87906 and an expiration date of 8/10/17, as one form of employment authorization documentation provided. Ms. Wilson also wrote down a Social Security Card with the number XXX-XX-8587 as the second employment authorization document provided by TOMAS-TOMAS. The Social Security Card bears the name "Richard Rosario Almena." Photo copies of the documents were attached to the Employment Authorization Verification form.

8. On December 7, 2017, Bilzan TOMAS-TOMAS was encountered by ICE officers at the Winit America factory, 41 Logistics Boulevard Walton, Kentucky 41094. ICE officers had arrived at that location to retrieve Hidalia TOMAS-Simone (A206 469 410) because her previously deported Guatemalan husband had just been arrested at their current residence of 135 Honeysuckle, Apartment 1, Florence Kentucky 41042. Officers wanted to ensure their children were properly cared for. TOMAS-TOMAS began a consensual conversation with DO Phelps while at human resources. DO Phelps inquired about his status, at which point, TOMAS-TOMAS admitted to being illegally in the United States. The employment documents were then requested from human resources and TOMAS-TOMAS was taken into ICE custody.

9. Based on the information contained herein, there is probable cause to believe that Bilzan TOMAS-TOMAS has committed a violation of Title 18, United States Code, Section 911, false claim to U.S. citizenship. Your affiant believes that on or about October 31, 2016, at Boone County, Kentucky, Bilzan TOMAS-TOMAS falsely claimed to be a U.S. citizen to WIN.IT America by falsifying his Employment Eligibility Form in order to gain employment.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Thomas J. Midgett, Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Subscribed and Sworn to before me this 21st day of December, 2017.

CANDACE J. SMITH
**EASTERN DISTRICT OF KENTUCKY**
**UNITED STATES MAGISTRATE-JUDGE**